UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROYETTA LEE ET AL                          CIVIL ACTION

V.                                         CASE NO. 16-6776 c/w 16-6887

JRKW ENTERPRISES, LLC ET AL                SECTION "H"(5)

## ORDER OF PARTIAL DISMISSAL
## APPLIES TO: ALL CASES

The Court having been advised by the chambers of Magistrate Judge North that a settlement agreement was reached with regard to the claims of Jolanda Kindell and Royetta Lee;

**IT IS ORDERED** that the claims of Jolanda Kindell and Royetta Lee are hereby dismissed without prejudice, to the right, upon good cause shown, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

New Orleans, Louisiana, this 5th day of January, 2018.

JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE